McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED
2005 JUN 22 A 11: 46
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 1: 05CR00210 AWI
)
        Plaintiff, ) ORDER TO UNSEAL INDICTMENT
)
v. )
)
FREDERICO PARRA, JR. )
)
        Defendant. )
)
_____)
)

The indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the indictment be unsealed and made public record.

Dated: June 21, 2005

_____
United States Magistrate Judge
SM SNYDER

1