UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: **Frederico Parra Jr.**
Fresno, California  **Docket Number: 1:05CR00210-001**
  **REQUEST TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Mexico to visit with his mother-in-law who is in ailing health. The offender would travel with his wife, departing June 13, 2015, and returning June 20, 2015.

**Conviction and Sentencing Date:**  On June 19, 2006, the offender appeared before Your Honor for sentencing after pleading guilty to a violation of 21 USC 841(a)(1), Possession of Methamphetamine With the Intent to Distribute.  On April 29, 2013, he was released from custody at which time supervision commenced.

**Sentence Imposed:**  120 months Bureau of Prisons; 60 months supervised release; $100 special assessment.  Special conditions: 1) Search; 2) Drug/alcohol treatment; 3) Drug testing; 4) Co-payment; 5) Drug offender registration; 6) DNA collection.

**Dates and Mode of Travel:**  The offender indicated he will be traveling by car, departing June 13, 2015, and returning June 20, 2015.

**Recommendation:**  The offender has had no issues of non-compliance while on supervision. On April 6, 2015, he was placed on the Low Risk Caseload and has maintained appropriate levels of communication, continuing to perform well since that time.

Based on the offender's level of compliance at this time, this officer would not object to the offender traveling outside the United States for the purpose stated; however, this officer respectfully defers to the Court.  If the Court is inclined to accept the offender's request, this officer has provided an approved/denied page for Your Honor's convenience.

RE: Frederico Parra Jr.
Docket Number:  1:05CR00210-002
**REQUEST TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sarah L. Kirk

Sarah L. Kirk
United States Probation Officer

Dated: May 26, 2015
Fresno, California

**REVIEWED BY:** /s/ Tim Mechem
**Tim Mechem**
**Supervising United States Probation Officer**

cc: Kevin Rooney
Assistant United States Attorney

Jim Elia
Defense Counsel

TRAVEL APPROVED: _____X____     TRAVEL DENIED: _____

IT IS SO ORDERED.

Dated:  May 26, 2015          _____
                              SENIOR DISTRICT JUDGE