UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Frederico  Parra Jr**<br>    Docket Number:  0972 1:05CR00210-001<br>    **PERMISSION TO TRAVEL**<br>    **OUTSIDE THE COUNTRY** |

Your Honor:

Frederico Parra, Jr. is requesting permission to travel to Puerto Vallarta, Mexico.  Frederico Parra, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 19, 2006, Frederico Parra, Jr. was sentenced for the offense of 21 USC 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Class A Felony).

**Sentence Imposed:** 120 months custody, 60 months Supervised Release, $100 Special assessment (Paid)

**Dates and Mode of Travel:**  6/26/2016 to 7/2/2016; Have not yet made reservations, will provide information upon travel approval.

**Purpose:**  Vacation

**RE:     Frederico  Parra Jr**
        **Docket Number:  0972 1:05CR00210-001**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Megan Pascual for

SARAH L. KIRK
United States Probation Officer


Dated:   May 25, 2016
         Fresno, California
         SLK/rmv

                          /s/ Tim D. Mechem
**REVIEWED BY:**   **Tim D. Mechem**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  June 6, 2016                    _____
                                          SENIOR  DISTRICT  JUDGE

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX