UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Frederico  Parra Jr**<br>**Docket Number:  0972 1:05CR00210-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Frederico Parra, Jr. is requesting permission to travel to Culiacan, Sinaloa, Mexico.  Frederico Parra, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On June 19, 2006, Frederico Parra, Jr. was sentenced for the offense of 21 USC 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Class A Felony).

**Sentence Imposed:** 120 months custody, 60 months Supervised Release, $100 Special assessment (Paid)

**Dates and Mode of Travel:**   From April 7, 2017, through April 10, 2017; Have not yet made reservations, will provide information upon travel approval.

**Purpose:** To visit family

**RE:**     **Frederico Parra Jr**
          **Docket Number: 0972 1:05CR00210-001**
          <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:   March 23, 2017
         Fresno, California
         TDM/rmv

                        /s/ Brian J. Bedrosian
**REVIEWED BY:**     **Brian J. Bedrosian**
                    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

IT IS SO ORDERED.

Dated:   March 27, 2017                    _____
                                           SENIOR DISTRICT JUDGE

2