UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: **Frederico Parra, Jr.**
Senior United States District Judge  **Docket Number: 0972 1:05CR00210-001**
Fresno, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Frederico Parra, Jr. is requesting permission to travel to Mexicali, Baja California, Mexico. Frederico Parra, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 19, 2006, Frederico Parra, Jr. was sentenced for the offense of 21 USC 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Class A Felony).

**Sentence Imposed:** 120 months custody, 60 months Supervised Release, and $100 Special Assessment (Paid). Special conditions include: Warrantless Search; Drug/Alcohol Treatment; Drug/Alcohol Testing; Aftercare Co-payment; Drug Registration; DNA Collection.

**Dates and Mode of Travel:** From December 29, 2017, through January 2, 2018. Personal vehicle: 2017 Honda CRV; License Plate No. 7VYN426.

**Purpose:** To visit wife's family.

**RE: Frederico Parra Jr**
   **Docket Number: 0972 1:05CR00210-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer


Dated:   November 30, 2017
         Fresno, California
         TDM/rmv

|  | /s/ Brian J. Bedrosian |
|---|---|
| **REVIEWED BY:** | **Brian J. Bedrosian**  **Supervising United States Probation Officer** |

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  December 8, 2017                          _____
                                                                SENIOR DISTRICT JUDGE