UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: **Frederico Parra, Jr.**
Senior United States District Judge  **Docket Number: 0972 1:05CR00210-001**
Fresno, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Frederico Parra, Jr. is requesting permission to travel to Mexico City, Mexico. Frederico Parra, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 19, 2006, Frederico Parra, Jr. was sentenced for the offense of 21 U.S.C. §841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Class A Felony).

**Sentence Imposed:** 120 months custody in the Bureau of Prisons, 60 months Supervised Release, and $100 Special Assessment (Paid). Special conditions include: Warrantless Search; Drug/Alcohol Treatment; Drug/Alcohol Testing; Aftercare Co-payment; Drug Registration; DNA Collection.

**Dates and Mode of Travel:** From April 19, 2018, through April 23, 2018. Personal vehicle: 2004 Jeep Cherokee; License Plate No. 5KDE239, and Volaris Airline; Flight No. Y4-812, and Flight No. Y4-817.

**Purpose:** Vacation.

**RE:    Frederico Parra Jr
        Docket Number:  0972 1:05CR00210-001
        PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Adrian Garcia
ADRIAN GARCIA
United States Probation Officer

Dated:   April 17, 2018
         Fresno, California
         AG/dp

**REVIEWED BY:**   /s/ Lonnie E. Stockton for
**TIM D. MECHEM
Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved     ☐     Disapproved

IT IS SO ORDERED.

Dated:   April 18, 2018                    _____
                                           SENIOR DISTRICT JUDGE